IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLINICAL WOUND SOLUTIONS, LLC. )
)
    Plaintiff, )
)
v. )     Case No. 18-cv-07916
)
NORTHWOOD, INC., )     Judge Martha M. Pacold
)     Magistrate Judge M. David Weisman
    Defendant. )

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff, Clinical Wound Solutions, LLC, by and through its attorney, respectfully submits this Motion for Extension of Time to Respond to Defendant's Second Set of Interrogatories and states as follows:

1.    Defendant served its Second Set of Interrogatories upon counsel for the Plaintiff on January 22, 2020 to be answered within thirty (30) days of service.

2.    Due to the number of years over which the transactions occurred, the amount of claims to be reviewed and the information being requested, additional time is required to respond to these additional interrogatories.

3.    Plaintiff requests an additional 28 days to respond to the additional interrogatories.

WHEREFORE, Plaintiff respectfully prays for the entry of an order granting Plaintiff an additional 28 days to respond to the additional interrogatories, plus any further relief in favor of the Plaintiff as this Honorable Court deems just and proper.

Dated: February 18, 2020                Respectfully submitted,


By: /s/ Sandra T. Kahn


Sandra T. Kahn
Dickler, Kahn, Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005
847-593-5595 ext 206
sandy@dicklerlaw.com


F:\CLIENT\Clinical Wound Solutions\CV\0047.PL.200217.Motion for Extension.wpd