IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLINICAL WOUND SOLUTIONS, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-07916 |
| | ) | |
| NORTHWOOD, INC., | ) | Judge Martha M. Pacold |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

NOTICE OF MOTION

To: Ethan E. White, Esq.
Emery Law, Ltd.
2021 Midwest Road, Suite 200
Oak Brook, IL 60523
ewhite@emerylawltd.com

    PLEASE TAKE NOTICE that on August 20, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Martha M. Pacold in Courtroom 1425 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Extension of Time has been provided to you through the CM/ECF system.

Dated: August 7, 2020        Respectfully submitted,

                              By: /s/ Sandra T. Kahn
                                  Sandra T. Kahn
                                  Dickler, Kahn, Slowikowski & Zavell, Ltd.
                                  85 W. Algonquin Road, Suite 420
                                  Arlington Heights, Illinois 60005
                                  847-593-5595
                                  sandy@dicklerlaw.com

CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that I caused to be served the foregoing documents by electronic filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF August 7, 2020.

Date: August 7, 2020                        Respectfully submitted,

                                           By: /s/ Sandra T. Kahn

Sandra T. Kahn
Dickler, Kahn, Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005
847-593-5595 ext. 206
sandy@dicklerlaw.com

F:\CLIENT\Clinical Wound Solutions\CV\0047.PL.200807.Notice of Motion.wpd